UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
January 19, 2018
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

CRAIG M. VINCENT,

Defendant.

Case No. 2:18-mj-00011-KJN

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release CRAIG M. VINCENT Case No. 2:18-mj-00011-KJN Charges 17 USC §506(a)(1)(B), 18 USC §2319(b)(1), 17 USC §506(a)(1)(A), 18 USC § 2319(b)(3) from custody for the following reasons:

___ Release on Personal Recognizance

___ Bail Posted in the Sum of $ ___

X   Unsecured Appearance Bond $ 25,000 co-signed by Robert Palmer

___ Appearance Bond with 10% Deposit

___ Appearance Bond with Surety

___ Corporate Surety Bail Bond

X   (Other): Pretrial Supervision conditions as stated on the record in open court. Defendant to appear on 1/31/18 at 2:00 PM in the District of Kansas before Judge James.

Issued at Sacramento, California on January 19, 2018 at 2:00 PM

By: _____

Magistrate Judge Kendall J. Newman